# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146490

KELLI SINTA,
        Plaintiff-Appellant,

v

MARTIN McDONALD,
        Defendant-Appellee.

SC: 146490
COA: 313868
Washtenaw CC: 12-001604-DC

_____/

On order of the Court, the application for leave to appeal the January 9, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2013

_____
Clerk

s0319